PER CURIAM.
 

 We initially accepted jurisdiction to review the decision of the Fifth District Court of Appeal in
 
 Department of Highway Safety and Motor Vehicles v. Luttrell,
 
 983 So.2d 1215 (Fla. 5th DCA),
 
 review granted,
 
 1 So.3d 172 (Fla.2008) (table), based on express and direct conflict with the decision of this Court in
 
 Brannen v. State,
 
 94 Fla. 656, 114 So. 429 (1927).
 
 See
 
 art. V, § 3(b)(3), Fla. Const. After further, full consideration, we have determined that we should exercise our discretion and discharge jurisdiction. Accordingly, this review proceeding is dismissed.
 

 It is so ordered.
 

 QUINCE, C.J., and PARIENTE, LEWIS, CANADY, POLSTON, LABARGA, and PERRY, JJ., concur.